# UNITED STATES DISTRICT COURT **FILED**

**EASTERN** DISTRICT OF **CALIFORNIA** OCT 2 8 2010

---

—oOo—

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**LONNIE TERRELL, ANTHONY MONTANO,**
**ALEX LINDBERG, JEREMY TERRELL,**
**NICHOLAS ROMAN and RUTH JIMENEZ**

## CRIMINAL COMPLAINT

CASE NUMBER: 2:10mj0319 KJM

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2010,** in **San Joaquin County** and elsewhere, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

▸ **See Attachment Affidavit of Drug Enforcement Administration Special Agent Chase Cook attached hereto as Exhibit A**

in violation of Title 21, United States Code, Sections 841(a)(1) and 846 - Manufacturing and Possession with Intent to Distribute at Least 1,000 Marijuana Plants and Conspiracy to Manufacture and Posses with Intent to Distribute at Least 1,000 Marijuana Plants.

**X** Continued on the attached sheet and made a part hereof.

Signature of Complainant CHASE COOK
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me, and subscribed in my presence

OCTOBER 28, 2010                                  at     SACRAMENTO, CALIFORNIA

Date                                                          City and State

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                    Signature of Judicial Officer

## **AFFIDAVIT**

I, Chase Cook, being duly sworn, depose and state as follows:

### **AFFIANT'S BACKGROUND**

1.    I am a Special Agent (S/A) with the United States Drug Enforcement Administration (DEA) and have so been employed since March of 2009. I am presently assigned to the DEA Sacramento District Office. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7), and I am empowered by law to conduct investigations and make arrests for offenses enumerated in Section 878, of Title 21, United States Code.

2.    I was trained as a DEA Special Agent at the DEA Academy, Quantico, Virginia. I received specialized training in the Controlled Substance Act, Title 21 United States Code, including, but not limited to, Sections 841(a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I began working in the DEA Sacramento District Office in October of 2009. As part of my duties, I have participated in investigations targeting individuals and organizations trafficking marijuana, heroin, cocaine, methamphetamine, and other controlled substances as defined in Title 21 United States Code, Section 801. I have been actively involved as a case agent in investigations and have interviewed cooperating defendants and confidential sources who were involved in narcotics trafficking. I have participated on federal wiretap investigations, including acting as wire room supervisor. I have experience in analyzing and interpreting coded language used by drug traffickers. I have performed enforcement related tasks such as executing state and

1

federal search warrants, arrest warrants, utilizing confidential sources for the purchase of narcotics, and surveillance of suspects.

3.    Based on my training and experience, and through interaction and discussion with other experienced law enforcement officers, I have become familiar with the methods employed by drug traffickers to smuggle, safeguard, store, transport, and distribute drugs; to collect and conceal drug related proceeds; and to communicate with other co-conspirators to accomplish such objectives. These methods include the use of telephones, pre-paid or debit calling cards, wireless communications technology such as paging devices and cellular telephones, counter-surveillance, and elaborately planned smuggling schemes tied to legitimate businesses.

4.    I have participated in several search warrants targeting drug trafficking organizations who were cultivating marijuana in residential properties in the Northern California area. These residential properties were typically converted into full-scale indoor marijuana gardens that posed serious hazardous conditions to the occupants of the residences, but also to nearby properties and residents. I know that marijuana cultivators often steal power by tampering with the power meter that is attached to the residence in order to avoid paying high energy bills. Indoor marijuana gardens use extreme amounts of power. In some instances, these electrical bypasses are so hazardous and deadly that residences have caught fire and burned down. I have further learned that electrical utility company technicians can often detect power theft occurring at these residences by monitoring the power at the junction boxes in the street and comparing the power usage to the readings at the power meter attached to the residence. I also know that marijuana cultivators do not commonly list themselves as the

2

utility subscriber for fear of being detected by law enforcement.

5. Based on my training and experience, I know that marijuana cultivators commonly do not park in the driveways of the residences containing marijuana gardens to avoid contact and recognition by neighbors and to avoid being detected by law enforcement. Marijuana cultivators often park in the garages instead in order to conceal their illegal activity of loading and unloading marijuana and cultivation equipment from their vehicles discreetly.

6. Based on my training and experience, I know that marijuana cultivators will keep most of the windows closed on their indoor gardens except for one or two in order to prevent anyone from seeing inside the residence. I know that a window will commonly be left open to allow fresh air to be forcefully sucked into the residence via a ventilation system operating within. I know that the opened windows will often collect dirt and debris due to the air being sucked in through the open window and that the windows are left open for month long periods of time. Fresh air ventilated throughout the residence aids in not only the cultivation of marijuana but also assists with the venting of marijuana odor. I know that large extensive industrial grade ventilation systems consisting of large can filters, vortex fans, ducting, and other equipment are used in the marijuana gardens and can usually be heard operating when in close proximity to the residence.

## BASIS OF INFORMATION

7. The information contained in this affidavit is based upon numerous sources that include, but are not limited to: my personal observations and the observations of other law enforcement officers both state and federal who are involved in

3

this investigation and hereinafter referred to as the
"investigating agencies"; review of official police and
government reports; surveillance; and the analysis of county
records and financial documents. I have not included each and
every fact known to me concerning this investigation.  I have
set forth only the facts that I believe are necessary and
appropriate to establish probable cause for the violations
detailed in this affidavit. The investigating agencies consist
of agents and detectives from the DEA, San Leandro Police
Department (SLPD), and San Joaquin Metropolitan Narcotics Task
Force (METRO).

    8.    This investigation involved the use of vehicle
tracking devices. These devices are installed on the exterior of
vehicles and utilize their own power source. No tampering with
any vehicles electrical system was done during this
investigation. The tracking devices do not transmit any audio or
video signals, nor do they record any audio or video data. The
tracking devices only transmit a latitude and longitude signal
(GPS) at specific intervals setup by the agents controlling
them, thereby indicating the devices whereabouts. The tracking
devices that were installed and removed during this
investigation were done so in driveways, parked on public
streets, or in public places. The investigating agencies did not
install the tracking devices while the vehicles were parked in
enclosures, such as garages.

## PROBABLE CAUSE STATEMENT

    9.    This affidavit is made to support a complaint charging
Lonnie TERRELL, Anthony MONTANO, Alex LINDBERG, Jeremy TERRELL,
Nicholas ROMAN, and Ruth JIMENEZ with Manufacturing and Possess
with Intent to Distribute at Least 1,000 Plants of Marijuana,
AND Conspiracy to Manufacture and Possess with Intent to

4

Distribute at Least 1,000 plants of Marijuana, a schedule I controlled substance, as detailed in this affidavit.

10. Lonnie TERRELL's criminal history includes being currently on felony probation for a 2007 conviction for violating California Health and Safety Code 11366- Maintaining a Place to Sell Controlled Substances.

11. Anthony MONTANO's criminal history includes being arrested in 2005 for violating California Health and Safety Code 11351- Possession of Controlled Substances for Sale.

12. Nicholas ROMAN's criminal history includes being currently on felony probation for a 2006 conviction for violating California Penal Code 12280(B)- Possession/Transport of a .50 caliber weapon, during his arrest for violating California Health and Safety Code 11357(a)- Possession of Concentrated Cannabis.

13. Alex LINDBERG's criminal history includes being arrested in 2008 for violating California Health and Safety Code 11359- Possession of Marijuana for Sale.

14. Ruth JIMENEZ has no known criminal history.

15. Jeremy TERRELL's criminal history includes a DUI conviction in 2008 and arrest for DUI in 2009.

## INVESTIGATIVE ACTIVITY

16. Investigative activities have revealed that Lonnie TERRELL, Anthony MONTANO, Jeremy TERRELL, Nicholas ROMAN, Alex LINDBERG, and Ruth JIMENEZ are involved in the cultivation of marijuana in the Tracy and Manteca, California areas by utilizing residential properties to cultivate indoor marijuana gardens. Investigating agencies believe MONTANO, ROMAN, LINDBERG, Jeremy TERRELL, and JIMENEZ take direction from Lonnie TERRELL who is the leader, financier, and main profiteer of this group.

17. During this investigation, agents and officers used surveillance and PG&E records to identify locations believed to be indoor marijuana gardens under control of Lonnie TERRELL, Anthony MONTANO, Alex LINDBERG, and Nicholas ROMAN.

18. During this investigation, agents and officers identified several high-value assets belonging to Lonnie TERRELL and JIMENEZ. Agents were unable to find a legitimate source of income for Lonnie TERRELL or JIMENEZ.

## EXECUTION OF FEDERAL SEARCH WARRANTS

19. On October 27, 2010, federal search warrants were executed at 519 Pestana Avenue, Manteca, California, 2427 Greystone Drive, Tracy, California, 3117 Ormonde Street, Tracy, California, 4015 Tropaz Lane, Tracy, California, 2921 Compton Place, Tracy, California, 11## Royal Blue Drive, Stockton, California, and 1350 Cardo Way, Nipomo, California. As a result of these search warrants, valuable evidence was seized and several sophisticated residential marijuana gardens were discovered, as detailed below.

20. At approximately 6:00 am, DEA agents, assisted by the Manteca Police Department, executed a federal search warrant at 519 Pestana Avenue, Manteca, CA. Agents seized 287 live marijuana plants which were located inside the residence as part of an indoor marijuana garden. Grow equipment such as fans, power supply units, filters, and lights were seized from the residence. During September to October 2010, surveillance observed Lonnie TERRELL, JIMENEZ, and MONTANO at this location on numerous occasions.

21. At approximately 6:00 am, DEA agents, assisted by the Tracy Police Department, executed a federal search warrant at 2427 Greystone Drive, Tracy, CA. Agents seized documents and indicia related to Lonnie TERRELL and JIMENEZ. A vehicle

6

registered to TERRELL was administratively seized.

22. At approximately 6:00 am, DEA agents, assisted by Officers from the San Joaquin Metropolitan Narcotics Task Force executed a federal search warrant at 3117 Ormonde Street, Tracy, CA. Agents seized 284 live marijuana plants which were located inside the residence as part of an indoor marijuana garden. Grow equipment such as fans, power supply units, filters, and lights were seized from the residence. Agents seized a shotgun, a .50 caliber handgun, approximately $7,050 U.S. currency, and documents and indicia. Anthony MONTANO and Jeremy TERRELL were taken into custody inside the residence. The shotgun was found in the corner of the same room where MONTANO and a woman who is not charged in this complaint were found. The .50 caliber handgun was found in the kitchen.

23. At approximately 6:00 am, DEA agents executed a federal search warrant at 2921 Compton Place, Tracy, CA. This property is less than 1,000 feet from a public high school based on current maps and agent observations. Agents seized 898 live marijuana plants which were located inside the residence as part of an indoor marijuana garden. Grow equipment such as fans, power supply units, filters, and lights were seized from the residence. Agents seized loaded two handguns and ammunition, several hundred thousand in U.S. currency, along with documents and indicia. Agents administratively seized a Lexus from the residence. Lonnie TERRELL and Ruth JIMENEZ were taken into custody inside the residence. One of the handguns was recovered from the floor on one side of the bed next to the bed that TERRELL and JIMENEZ appeared to be sleeping in at the time the warrant was executed. The other gun was between the mattress and the box spring on the other side of the same bed.

24. At approximately 6:00 am, DEA agents, assisted by the Stockton Police Department, executed a federal search warrant at

7

4015 Tropaz Lane, Tracy, CA. Agents seized 271 live marijuana plants which were located inside the residence as part of an indoor marijuana garden. Grow equipment such as fans, power supply units, filters, and lights were seized from the residence. Agents seized documents and indicia. Nicholas ROMAN was taken into custody inside the residence. On October 21, 2010, agents tracked the vehicle used by Lonnie TERRELL to this address.

25.   At approximately 2:22 PM, DEA agents, assisted by the Stockton Police Department, executed a federal search warrant at 115 Royal Blue Drive, Stockton, CA. Agents seized 263 live marijuana plants which were located inside the residence as part of an indoor marijuana garden. Grow equipment such as fans, power supply units, filters, and lights were seized from the residence. Agents seized a handgun along with documents and indicia. Alex LINDBERG was detained on a traffic stop prior to the search of the residence as he was departing from the residence.

26.   At approximately 7:00 am, DEA agents, assisted by the Bakersfield Police Department and San Leandro Police Department, executed a federal search warrant at 1350 Cardo Way, Nipomo, California. Agents interviewed John and Sue Crane, the grandparents of Lonnie TERRELL. The Crane's consented to show agents where money was buried on their property. Agents seized approximately $400,000 U.S. Currency.

## FOLLOWUP INVESTIGATIVE ACTIVITY

27.   On October 27, 2010, Agents and Officers interviewed Lonnie TERRELL at 2921 Compton Place. Lonnie TERRELL stated that the house located at 115 Royal Blue Drive was an indoor marijuana grow and that Alex LINDBERG was maintaining it.

28.   On October 27, 2010, Agents and Officers interviewed

JIMENEZ. JIMENEZ stated that MONTANO and Jeremy TERRELL maintain marijuana grow houses at the direction of Lonnie TERRELL. JIMENEZ affirmed that TERRELL is the leader of a group which maintains indoor marijuana grow-houses. JIMENEZ affirmed to agents that she participated in transporting marijuana on October 26, 2010 from 11 Royal Blue Drive.

29.  On October 27, 2010, Agents and Officers interviewed Anthony MONTANO. MONTANO stated that he has control over 3117 Ormonde Street. MONTANO further stated that he pays Lonnie TERRELL rent for 3117 Ormonde Street and tends to the indoor marijuana grow in exchange for profit from the sale of marijuana.

## SUMMARY OF CHARGES

31.  Based on the facts set forth herein, on my training and experience, and the training and experience of other agents and officers with whom I have spoken with and were involved in this investigation, I therefore submit that there is probable cause to believe the following:

> That Lonnie TERRELL, Anthony MONTANO, Nicholas ROMAN, Ruth JIMENEZ, Alex LINDBERG, and Jeremy TERRELL each has violated Title 21 United States Code, Section 841(a)(1) - Manufacture at least 1,000 plants of Marijuana, a controlled substance.

///

///

///

9

That Lonnie TERRELL, Anthony MONTANO, Nicholas ROMAN, Ruth
JIMENEZ, Alex LINDBERG, and Jeremy TERRELL each has each
violated Title 21 United States Code, Section 846 -
Conspiracy to distribute at least 1,000 plants of
Marijuana, a controlled substance.

Chase Cook
Special Agent
Drug Enforcement Administration

Approved as to form:

Michael Anderson
Assistant United States Attorney
Eastern District of California

Sworn and Subscribed to me on October 28, 2010

KIMBERLY J. MUELLER
U.S. MAGISTRATE JUDGE

10